William P. Frank
John Boyle
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
william.frank@skadden.com
john.boyle@skadden.com

*Attorneys for Non-Party John T. Dunlap*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SOVEREIGN MILITARY HOSPITALLER ORDER :
OF SAINT JOHN OF JERUSALEM OF RHODES :
AND OF MALTA, :
                                                               : Misc. _____
                    Plaintiff, :
                                                              :
        - against - : (Case No. 9:09-cv-81008 pending in
                                                              : the Southern District of Florida)
THE FLORIDA PRIORY OF THE KNIGHTS :
HOSPITALLERS OF THE :
SOVEREIGN ORDER OF SAINT JOHN OF :
JERUSALEM, KNIGHTS OF MALTA, THE :
ECUMENICAL ORDER, :
                                                              :
                    Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NON-PARTY JOHN T. DUNLAP'S MOTION TO QUASH SUBPOENA**

Pursuant to Fed. R. Civ. P. 45(b)(1), Fed. R. Civ. P. 45(d)(3)(A)(i), (iii) & (iv), and Fed. R. Civ. P. 26(c)(1), non-party John T. Dunlap moves to quash a subpoena to testify dated February 10, 2019 (the "Subpoena") at a discovery deposition set for March 4, 2019, purportedly served by Defendant The Florida Priory of The Knights Hospitallers of the Sovereign Order of Saint John of Jerusalem, Knights of Malta, The Ecumenical Order (the

"Florida Priory") on February 21, 2019.  Mr. Dunlap further moves, pursuant to Fed. R. Civ. P. 26(c)(1) and Fed. R. Civ. P. 37(a)(5), for an order directing the Florida Priory (i) not to depose Mr. Dunlap, and (ii) to pay Mr. Dunlap's reasonable expenses in bringing this motion, including his attorneys' fees.

Please take notice that, pursuant to Rule 3 of the S.D.N.Y. Rules for the Division of Business Among District Judges, that this matter will be heard on Tuesday, March 19, 2019, at 11:00 a.m. or on such other date and time as the court may direct.

On February 28, 2019, counsel for Mr. Dunlap has conferred by telephone with Daniel Lustig, counsel for the Florida Priory, concerning the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Dated: New York, New York
       March 1, 2019

        SKADDEN, ARPS, SLATE,
         MEAGHER & FLOM LLP

        By:  */s/  John Boyle*
        William P. Frank
        william.frank@skadden.com
        John Boyle
        john.boyle@skadden.com
        Four Times Square
        New York, New York 10036-6522
        (212) 735-3000

        *Attorneys for Non-Party John T. Dunlap*

To:    Daniel Lustig
        PIKE & LUSTIG, LLP
        1209 N. Olive Avenue
        West Palm Beach, FL 33401
        pleadings@pikelustig.com
        daniel@bigfirmalternative.com

        *Attorneys for Defendant*

Luis O'Naghten
Jeffrey B. Goldberg
HUGHES HUBBARD & REED LLP
201 South Biscayne Blvd., Suite 2500
Miami, FL 33131
(305) 358-7230
luis.onaghten@hugheshubbard.com
jeffrey.goldberg@hugheshubbard.com

*Attorneys for Plaintiff*